1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

8

9

10    JAMES R. MEDICRAFT,

11                        Plaintiff,                    CASE NO. 2:20-cv-01145-JCC-JRC

                                                        ORDER GRANTING REQUEST
12              v.                                      FOR EXTENSION

13    DEREK P. LEUZZI, *et al.*,

14                        Defendants.

15

16          This matter is before the Court on referral from the District Court.  Dkt. 7.

17          In the Court's initial scheduling order, the Court informed the parties that deadlines for

18    the Fed. R. Civ. P. 26(f) conference, initial disclosures, and joint status report could be extended

19    by making an email request to Chambers.  Dkt. 9, at 1.  The parties had to meet and confer

20    before requesting such an extension.  Dkt. 9, at 1.

21          Consistent with this direction, plaintiff has contacted the Court by email to request a 30-

22    day extension to pending deadlines.  Plaintiff has provided defendants' attorney's email stating

23    that defendants do not oppose the request.

24

ORDER GRANTING REQUEST FOR EXTENSION - 1

1    Therefore, finding that plaintiff has established good cause for a 30-day extension based

2    on developments in a related pending state court matter, the Court will grant the request.  The

3    deadlines in the Court's initial scheduling order (Dkt. 9) are amended as follows:

4    Deadline for Fed. R. Civ. P. 26(f) Conference:                    11/9/2020

5    Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1):         11/23/2020

6    Combined Joint Status Report and Discovery
     Plan as Required by Fed. R. Civ. P. 26(f)
7    and Local Civil Rule 26(f):                                       11/30/2020

8    It is so Ordered.

9    Dated this 7th day of October, 2020.

10

11

12

13    J. Richard Creatura
      United States Magistrate Judge

14

15

16

17

18

19

20

21

22

23

24

ORDER GRANTING REQUEST FOR EXTENSION - 2