THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES R. MEDICRAFT, | CASE NO. C20-1145-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| DEREK P. LEUZZI, LIZA (ELIZABETH) STERBICK, TANESSA SANCHEZ, WASHINGTON STATE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated notice of dismissal (Dkt. No. 19). Federal Rule of Civil Procedure 41(a)(1)(A)(ii) provides that a "plaintiff may dismiss an action without a court order by filing . . . a stipulation of dismissal signed by all parties who have appeared." Here, the parties nevertheless request that the Court enter a proposed order filed with their stipulation. The parties have stipulated to dismissing all claims without prejudice and the stipulation is signed by all parties who have appeared. (*See* Dkt. No. 19.) Thus, under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the stipulation is self-executing. All claims in this action are DISMISSED without prejudice, without costs to any party and with each party to bear its

MINUTE ORDER
C20-1145-JCC
PAGE - 1

own attorney fees and other litigation expenses. The Clerk is DIRECTED to close this case.

DATED this 22nd day of June 2021.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk

MINUTE ORDER
C20-1145-JCC
PAGE - 2